UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL AUGUSTUS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES et al.,<br><br>    Defendants. | Case No. 2:22-cv-02640-SB-AGR<br><br>FINAL JUDGMENT |

 Pursuant to the Jury's verdict rendered on August 25, 2023, it is ORDERED AND ADJUDGED that Plaintiff Karl Augustus shall have and recover from Defendant City of Los Angeles (the City) compensatory damages in the amount of $150,000.00.

 Pursuant to (1) the Court's May 31, 2023 order granting in part Defendants' motion for summary judgment and (2) Plaintiff's voluntary abandonment of claims on July 14, July 25, August 4, and August 6, 2023, it is ORDERED AND ADJUDGED that Plaintiff's claims against all Defendants other than the City and Plaintiff's claims against the City other than for excessive force and unreasonable seizure based on an arrest without probable cause are DISMISSED with prejudice.

 This is a final judgment.

Date: September 5, 2023

                Stanley Blumenfeld, Jr.
                United States District Judge