UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KARL AUGUSTUS,

Plaintiff - Appellee,

v.

CITY OF LOS ANGELES,

Defendant - Appellant,

MICHEL MOORE, Chief; et al.,

Defendants.

No. 24-1367

D.C. No.
2:22-cv-02640-SB-AGR
Central District of California,
Los Angeles

ORDER

The unopposed motion to dismiss the appeal without prejudice (Docket Entry No. 11) is granted.  Pursuant to the terms of the parties' stipulation, the appeal is dismissed without prejudice to reinstatement in the event approval.

Reinstatement shall be by notice filed by any party in this court and served on the other parties and the Circuit Mediator within 28 days of approval by the City Council. If no notice of reinstatement is filed and served, the appeal will be deemed dismissed with prejudice.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Robert Kaiser
Circuit Mediator